**99–1380.   State ex rel. Harrison v. Kainrad.**

In Habeas Corpus. On petition for writ of habeas corpus by Christopher G. Harrison. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.